# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNIL SADASIVAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALISSA EMMEL, et al.,<br><br>　　　　　Defendants. | Case No. 1:23-cv-00019-ADA-SAB<br><br>ORDER RE: STIPULATION FOR MODIFIED BRIEFING SCHEDULE<br><br>ORDER CONTINUING SCHEDULING CONFERENCE<br><br>(ECF Nos. 3, 5) |

Plaintiff initiated this matter on January 3, 2023.  (ECF No. 1.)  The initial scheduling conference is currently set for April 20, 2023.  (ECF No. 3.)

On January 30, 2023, the parties filed a stipulation for modified briefing schedule.  (ECF No. 5.)  The parties proffer Defendants intend to move to transfer venue to the District for the District of Columbia, the parties have met and conferred, and seek to set a briefing schedule which extends Defendants' responsive pleading deadline.  The Court finds good cause exists to grant the stipulated request, and shall also continue the scheduling conference.

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

1. The parties' stipulation for modified briefing schedule (ECF No. 5) is GRANTED and the briefing schedule is set as follows:

1

2. Defendants' motion to transfer venue is due on or before **March 7, 2023**;

3. Plaintiff's opposition shall be due on or before **March 31, 2023**;

4. Defendants' reply shall be due on or before **April 14, 2023**;

5. The scheduling conference currently set for April 20, 2023, is CONTINUED to **October 12, 2023**, at **1:30 p.m.**, in **Courtroom 9**; and

6. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **January 31, 2023**

_____
UNITED STATES MAGISTRATE JUDGE