|   |   |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 |  |

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| SUNIL SADASIVAN,        | Case No. 1:23-cv-00019-ADA-SAB |
|---|---|
| Plaintiff,              | ORDER RE STIPULATION TO EXTEND BRIEFING DEADLINES FOR MOTION TO CHANGE VENUE |
| v.                      |  |
| ALISSA EMMEL, et al.,   | (ECF No. 15) |
| Defendants.             |  |

Plaintiff initiated this action on January 3, 2023.  (ECF No. 1.)  On March 7, 2023, Defendants filed a motion to change venue.  (ECF No. 9.)

On March 17, 2023, the parties filed a stipulated request to extend the briefing deadlines on the motion to change venue.  (ECF No. 15.)  The parties proffer they require additional to file the oppositional and reply briefs because both counsel for Plaintiff are currently outside of the United States.  Further, the parties proffer Plaintiff has filed a Freedom of Information Act request for information that is believed to be essential to the response to Defendants' motion and Plaintiff requests additional time to review this information in anticipation of filing the opposition.  The Court finds good cause exists to approve the stipulated request in this matter.

Accordingly, pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

1. The opposition to the motion to change venue shall be filed no later than **May 19, 2023**; and

2. Defendants' reply briefing shall be filed no later than **May 30, 2023**.

IT IS SO ORDERED.

Dated:   **March 20, 2023**

_____
UNITED STATES MAGISTRATE JUDGE